[Doc. No. 3]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| J.C., <br><br> Plaintiff, <br><br> v. <br><br> ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC MEDICINE, et al., <br><br> Defendants. | Civil No. 17-2778-RBK-KMW |

**ORDER**

This matter is before the Court on the Motion to Seal filed by Plaintiff, currently identified as J.C.; and

THE COURT NOTING that J.C. filed the Complaint along with a Motion to Seal requesting to proceed under the pseudonym J.C.. Plaintiff alleges discrimination based upon various disabilities; and

THE COURT FURTHER NOTING that in support of the Motion, Plaintiff only provides a Certification from his counsel providing that a sealing order is necessary to protect against the public having knowledge of Plaintiff's medical conditions and, if Plaintiff's identity is disclosed, his employer could learn of his conditions which may cause further discrimination. Plaintiff

provides no other facts to support his motion nor does Plaintiff cite to any binding case law to support his request to proceed under a pseudonym.  The failure to address this issue alone warrants denial of this Motion as Plaintiff has not addressed and, therefore, has not met his burden to proceed in such a manner; and

THE COURT ALSO NOTING that Local Civil Rule 5.3 sets forth the requirements for sealing information in this District. Moreover, with regard to sealing a complaint, or portions thereof, this Court has required a showing of good cause. *See* Briglia *v. Ameritas Life Ins. Corp.*, No. 1:14-07968, 2015 WL 4314062, at *3 (D.N.J. July 14, 2015)(citing *Pansy v. Borough of Stroudsburg,* 23 F.3d 772, 778 (3d Cir. 1994)); as such

THE COURT FINDING that it will deny Plaintiff's Motion without prejudice to Plaintiff filing another motion to seal which corrects the deficiencies outlined herein.  Moreover, in addition to addressing the matters outlined above, Plaintiff should also address the possibility of sealing his medical condition as a course of action, if he can meet the burden for same, as opposed to proceeding under a pseudonym.

IT IS on this **7th** day of **June, 2017,** hereby

**ORDERED** that Plaintiff's Motion to Seal [Doc. No. 3] is **DENIED WITHOUT PREJUDICE**.  However, Plaintiff will not be directed to

file a complaint with his full name until final disposition of the renewed motion to seal.  Moreover, the Clerk is hereby directed to maintain docket entries 3-1 and 3-2 under seal until final disposition of the renewed motion to seal.

                                            s/ Karen M. Williams  
                                            KAREN M. WILLIAMS  
                                            United States Magistrate Judge

cc:   Hon. Robert B. Kugler