UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| J.C., <br><br> Plaintiff, <br><br> v. <br><br> ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC MEDICINE and ROWAN UNIVERSITY, <br><br> Defendants. | Document Electronically Filed <br><br> Civil Action <br><br> Civil Action No.: <br> 1:17-CV-02778 (RBK/KMW) <br><br> NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) |

TO:   CLERK OF THE COURT

Clara R. Smit, Esq.
100 Horizon Center Boulevard
Hamilton NJ   08691

PLEASE TAKE NOTICE that on Monday, August 21, 2017, the undersigned, Christopher S. Porrino, Attorney General of New Jersey, by Jennifer J. McGruther, Deputy Attorney General, on behalf of defendants Rowan University School of Osteopathic Medicine and Rowan University (collectively, "Rowan Univeristy"), shall move before the Honorable Robert B. Kugler, U.S.D.J., in the Mitchell H. Cohen Building and United States Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101, pursuant to Fed. R. Civ. P. 12(b)(6) for an Order dismissing the complaint against Rowan University.

PLEASE TAKE FURTHER NOTICE that Rowan University will rely on the memorandum of law and Certification of Jennifer J. McGruther submitted with this Notice of Motion.

PLEASE TAKE FURTHER NOTICE that Rowan University requests oral argument, pursuant to L. Civ. R. 78.1(b) in the event this motion is opposed.

A proposed form of order is submitted herewith.

                CHRISTOPHER S. PORRINO
                ATTORNEY GENERAL OF NEW JERSEY

            By: /s/Jennifer J. McGruther
                Jennifer J. McGruther (JM1907)
                Deputy Attorney General
                R.J. Hughes Justice Complex
                25 Market Street
                P.O. Box 112
                Trenton, New Jersey 08625
                (609) 777-4861 phone
                (609) 943-5853 fax
                Jennifer.McGruther@law.njoag.gov

Date: July 17, 2017