UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| J.C., <br><br> Plaintiff, <br><br> v. <br><br> ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC MEDICINE and ROWAN UNIVERSITY, <br><br> Defendants. | Document Electronically Filed <br><br> Civil Action <br><br> Civil Action No.: <br> 1:17-CV-02778 (RBK/KMW) <br><br> ORDER DISMISSING COMPLAINT |

THIS MATTER having come before the Court on the motion of Christopher S. Porrino, Attorney General of New Jersey, by Jennifer J. McGruther, Deputy Attorney General, on behalf of defendants Rowan University School of Osteopathic Medicine and Rowan University (collectively, "Rowan University"), on notice to Clara R. Smit, Esq., counsel for plaintiff, for an Order granting Rowan University's motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the Court having considered the papers submitted in connection therewith, and heard oral argument, if any, and for good cause shown;

IT IS on this _____ day of _____, 2017,

ORDERED that Rowan University's Motion to Dismiss the Complaint is GRANTED; and it is further

ORDERED that the Complaint in this matter is hereby DISMISSED in its entirety.

_____
ROBERT B. KUGLER, U.S.D.J.