UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| J.C.,<br><br>    Plaintiff,<br><br> v.<br><br>ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC MEDICINE and ROWAN UNIVERSITY,<br><br>    Defendants. | Document Electronically Filed<br><br>Civil Action<br><br>Civil Action No.:<br>1:17-CV-02778 (RBK/KMW)<br><br>CERTIFICATION OF SERVICE |

  I certify that a copy of Rowan University School of Osteopathic Medicine and Rowan University's brief in support of their Motion to Dismiss the Complaint, filed in the above-captioned matter, has been served on this date electronically through the ECF filing system on plaintiff's counsel:

    Clara R. Smit, Esq.
    100 Horizon Center Boulevard
    Hamilton NJ   08691

  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

            s/ Jennifer J. McGruther
            Jennifer J. McGruther (JM1907)

Date:  July 17, 2017