EXHIBIT 1



**PennCare® - South Jersey Family Medicine**

*Owned and Operated by Clinical Health Care Associates of New Jersey, PC*

63 N. Lakeview Dr., Ste. 201
Gibbsboro, NJ 08026
856-783-1777
Fax: 856-783-8519

**Jeffrey Tokazewski, MD**
**Rosemarie Villamayor, MD**

December 14, 2013

### Attending Physician Statement

To Whom It May Concern:

█████████ s an active patient in my practice.

He reports symptoms of acute anxiety when taking his OMM exam. I prescribed metoprolol 25 mg to be taken an hour before his test to see if this remediates his symptoms.

It would be helpful if he could try the medication first during a practice test to see if it is effective. I recognize that this may be a difficult request to honor, but it would give him the best chance of succeeding on the exam.

If you have any further questions regarding this patient, please contact my office after obtaining written permission from my patient per HIPAA.

Sincerely,

Jeffrey Tokazewski, MD

**Telephone: 1 (856) 783-1777 Fax 1 (856) 783-8519**
*Clinical Health Care Associates of New Jersey, P.C.'s physicians are proud to be
affiliated with the medical staff of the University of Pennsylvania Health System*

Penn Chart

EXHIBIT 2



# Penn Medicine

*Owned and Operated by Clinical Health Care Associates of New Jersey, PC*

**PennCare® - South Jersey Family Medicine**

63 N. Lakeview Dr., Ste. 201
Gibbsboro, NJ 08026
856-783-1777
Fax: 856-783-8519

**Jeffrey Tokazewski, MD**
**Rosemarie Villamayor, MD**

December 19, 2013

To Whom it May Concern:

████████████████████

██████ s currently experiencing chronic insomnia, which leaves him feeling fatigued, and causes impairment in concentration.  Please excuse him from school until further notice.  We are working on treating his insomnia at present.

Sincerely,

Jeffrey Tokazewski, MD

**Telephone: 1 (856) 783-1777 Fax 1 (856) 783-8519**
*Clinical Health Care Associates of New Jersey, P.C.'s physicians are proud to be affiliated with the medical staff of the University of Pennsylvania Health System*

Penn Chart

EXHIBIT 3

# Re: Missing Remediation Exam



Tue 1/7/2014 6:17 PM

To: Thomas, AnnaKay <thomasa0@rowan.edu>;

Hi AnnaKay,

Thanks for the kind words, and I hope you're doing well. I have not received my treatment yet. As I explained on the phone, I was scheduled to see my doctor Friday which was postponed to Monday due to snow closure. On Monday, my doctor ordered more testing which I completed yesterday. He will contact me as soon as they finish reviewing the results to prescribe my treatment. He provided me with a note to be excused from examinations until I initiate my treatment. Regarding the other letter you requested, I will get that from my doctor tomorrow.

Thanks,



■■■■■■■ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web:■■■■■■■■■■■■■■■■

On Jan 7, 2014, at 9:32 AM, "Thomas, AnnaKay" <thomasa0@rowan.edu> wrote:

> Hi ■■■■

> I hope you feel better. As we discussed, please send me an email explaining why you missed the exam yesterday. Additionally, you will also need to provide an excuse for the exam missed and a letter from you doctor indicating that you can return to classes.

> *Anna-kay Thomas, MA*
> Program Development Specialist, Academic Affairs
> Rowan University – School of Osteopathic Medicine
> Center for Teaching and Learning
> 1 Medical Center Drive, AC-Suite 210
> Stratford, NJ 08084
> 856.566.6076.phone
> 856.566.6341.fax

Case 1:17-cv-02778-RBK-KMW   Document 18-2   Filed 08/07/17   Page 7 of 37 PageID: 319

thomasa0@rowan.edu

CONFIDENTIALITY NOTICE:  This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s).  If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately by e-mail and permanently delete all copies of this e-mail including all attachments without reading them.  If you are the intended recipient, secure the contents in a manner that conforms to all applicable State and/or Federal requirements related to privacy and confidentiality of such information.

EXHIBIT 4

# Request for Make-Up Examination



Wed 1/8/2014 6:14 PM

To: Scott, George J. <gscott@rowan.edu>;

📎  2 attachments

████ Medical Document.pdf; ATT00001..htm;

Dear Dr. Scott,

I hope this message finds you well. I have been in touch with CTL regarding my status and to make up missed examinations. Ms. Thomas advised to contact you directly as well.

I have been suffering from sleep disorder and initially was diagnosed with chronic insomnia and managed with nightly medication since July 2013. Unfortunately during examination days in December, I experienced a rebound insomnia episode likely due to resistance to my medication. This made me unable to initiate sleep for several nights continuously and rendered me cognitively impaired, physical fatigued with blurry vision, and unable to report to the examinations.  My physician tried different classes medications to initiate sleep. I had severe adverse side effects from the first medication. He switched me to a different medication , which I tolerated better.  However, I was still not feeling well and presented with cardiovascular symptoms pointing to the possibility of respiratory problems during sleep. Per my doctor's order, I stayed at Virtua - Voorhees for an overnight evaluation on Dec 23rd. Dr. Thomas Grookett evaluated my studies and diagnosed me with obstructive sleep apnea on Dec 28th. I was scheduled to see him on his earliest available appointment on Friday Jan 3rd which got cancelled due to snow. I subsequently saw his colleague, Dr. Donald Auerbach on Monday Jan 6th. He ordered an additional overnight polysomnogram with CPAP and CPAP/BiPAP titration which I completed in the same day at Virtua–Voorhees. I am now waiting for my doctor to review the results and prescribe my treatment. I have coordinated with Pacific Pulmonary in Mount Laurel get started with my treatment as soon as prescribed. My doctors provided me with notes to be excused from examinations until I start my treatment.

I would like to request to make up the Physical Diagnosis I final examinations shortly after I initiate my treatment. I apologize for any inconvenience this may have caused you and your staff.

Sincerely,

████

P.S. I have attached supporting medical documents to this email.

████  MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ████████████████████

EXHIBIT 5

# Re: Missing Remediation Exam



Thu 1/9/2014 5:17 PM

To: Boyd, Linda <boyd@rowan.edu>; Thomas, AnnaKay <thomasa0@rowan.edu>; Giacobbe, Jacqueline A. <giacobja@rowan.edu>;

📎 4 attachments

Letter 010814.pdf; ATT00001..htm; Letter 010614.pdf; ATT00002..htm;

Dear all,

As I previously mentioned, I completed my overnight evaluation at Virtua - Voorhees on Dec 23rd. Dr. Thomas Grookett evaluated my studies and diagnosed me with obstructive sleep apnea on Dec 28th. I was scheduled to see him on his earliest available appointment on Friday Jan 3rd which got cancelled due to snow. I subsequently saw his colleague, Dr. Donald Auerbach on Monday Jan 6th. He ordered an additional overnight polysomnogram with CPAP and CPAP/BiPAP titration which I completed in the same day at Virtua–Voorhees. I am now waiting for my doctor to review the results and prescribe my treatment. I have coordinated with Pacific Pulmonary in Mount Laurel get started with my treatment as soon as prescribed. My doctors provided me with notes to be excused from examinations until I start my treatment. Please see the attached documents.

I also immediately contacted Dr. Scott and provided him with the same update. I read your email after contacting Dr. Scott, so I did not know to copy you on it.

I am really hoping to start my treatment as soon as possible, and I have been calling everyday to follow-up and doing everything possible to expedite the process. I apologize for any inconvenience this may have caused you.

Warmest regards,



████████ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ████████████████████

EXHIBIT 6

# Treatment Update



Thu 1/23/2014 4:52 PM

To: DeRisio, Vincent J. <derisivi@rowan.edu>;

Cc: Thomas, AnnaKay <thomasa0@rowan.edu>; Langston, Latoya Nicol <langstln@rowan.edu>;

📎 2 attachments

    ▇▇▇ pdf; ATT00001..htm;

Dear Dr. DeRisio,

I hope this message finds you well. I finally received the anticipated phone call this afternoon that I am scheduled to receive my CPAP therapy equipment on Monday January 27th at 5:00 PM. This would be the earliest possible date they could accommodate me. I contacted CTL to arrange make up examination.

I appreciate your help, and I apologize again for any inconvenience this may have caused you and your staff.

Warmest regards,



p.s. supporting medical documentation is attached to this email.

▇▇▇▇▇ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ▇▇▇▇▇▇▇▇▇▇▇▇

## Sent from my iPhone



# Treatment Update

Thu 1/23/2014 4:53 PM

To: Griesback, Russell <griesbru@rowan.edu>;

Cc: Thomas, AnnaKay <thomasa0@rowan.edu>; Langston, Latoya Nicol <langstln@rowan.edu>;

📎 2 attachments

.pdf; ATT00001..htm;

Dear Dr. Griesback,

I hope this message finds you well. I finally received the anticipated phone call this afternoon that I am scheduled to receive my CPAP therapy equipment on Monday January 27th at 5:00 PM. This would be the earliest possible date they could accommodate me. I contacted CTL to arrange make up examination.

I appreciate your help, and I apologize again for any inconvenience this may have caused you and your staff.

Warmest regards,



p.s. supporting medical documentation is attached to this email.

MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web:

Sent from my iPhone



# Treatment Update

████████████████████

Thu 1/23/2014 4:54 PM

To: Spur, Bernd <spurbw@rowan.edu>;

Cc: Thomas, AnnaKay <thomasa0@rowan.edu>; Langston, Latoya Nicol <langstln@rowan.edu>;

 2 attachments

████ .pdf; ATT00001..htm;


Dear Dr. Spur,

I hope this message finds you well. I finally received the anticipated phone call this afternoon that I am scheduled to receive my CPAP therapy equipment on Monday January 27th at 5:00 PM. This would be the earliest possible date they could accommodate me. I contacted CTL to arrange make up examination.

I appreciate your help, and I apologize again for any inconvenience this may have caused you and your staff.

Warmest regards,

██████

p.s. supporting medical documentation is attached to this email.


████████ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ███████████████████████

## Sent from my iPhone



# Update

███████████████████

Thu 1/23/2014 4:57 PM

To: Thomas, AnnaKay <thomasa0@rowan.edu>;

📎 2 attachments

████.pdf; ATT00001..htm;

Hi AnnaKay,

I hope this message finds you well. I finally received the anticipated phone call this afternoon that I am scheduled to receive my CPAP therapy equipment on Monday January 27th at 5:00 PM. This would be the earliest possible date they could accommodate me. I am contacting all my course directors and providing them with the same update.

I appreciate your help, and I apologize again for any inconvenience this may have caused you and rest of the team.

Warmest regards,

████

p.s. supporting medical documentation is attached to this email.

████████ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ███████████████████████

## Sent from my iPhone

# Update



Thu 1/23/2014 5:15 PM

To: Channell, Millicent King <kingmi@rowan.edu>;

Cc: Thomas, AnnaKay <thomasa0@rowan.edu>;

📎 3 attachments

███ .pdf; CPAP Rx.pdf; Sleep Study 010614.pdf;

Dear Dr. Channell,

I hope this message finds you well. I have been in touch with CTL regarding my health status and to postpone examinations until I initiate my treatment. I wish to contact you to provide additional update follow-up to my previous email.

The interpretations of my overnight polysomnogram with CPAP and CPAP/BiPAP titration studies at January 6th at Virtua-Voorhees were completed on Jan 13th. Dr. Aurebach subsequently issued me a prescription for CPAP therapy on Jan 14th. I immediately submitted to prescription to the local DME provider. I called on Friday Jan 17th to follow up and was told that they are waiting on insurance authorization / verification and the clinical coordinator will contact me soon to initiate my treatment - the respiratory therapist to come and set up the equipment at my residence. I finally received the anticipated phone call this afternoon that I am scheduled to receive my CPAP therapy equipment on Monday January 27th at 5:00 PM. This would be the earliest possible date they could accommodate me. I contacted CTL to arrange make up examinations accordingly.

I am excited to receive my treatment soon, and I have been calling everyday to follow-up and doing everything possible to expedite the process.  Christmas, New Years, Martin Luther King Holiday, and Jan 3rd snow closure all further delayed the process in my case.

I appreciate your help, and I apologize again for any inconvenience this may have caused you and your staff.

Warmest regards,

████

P.S. I have attached supporting medical documents to this email.


████ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ███████

# Update



Thu 1/23/2014 5:24 PM

To: Scott, George J. <gscott@rowan.edu>;

Cc: Thomas, AnnaKay <thomasa0@rowan.edu>;

📎  3 attachments

███.pdf; CPAP Rx.pdf; Sleep Study 010614.pdf;

Dear Dr. Scott,

I hope this message finds you well. I have been in touch with CTL regarding my health status and to postpone examinations until I initiate my treatment. I wish to contact you to provide additional update follow-up to my previous email.

The interpretations of my overnight polysomnogram with CPAP and CPAP/BiPAP titration studies done on January 6th at Virtua-Voorhees were completed on Jan 13th. Dr. Aurebach subsequently issued me a prescription for CPAP therapy on Jan 14th. I immediately submitted to prescription to the local DME provider. I called on Friday Jan 17th to follow up and was told that they are waiting on insurance authorization / verification and the clinical coordinator will contact me soon to initiate my treatment - the respiratory therapist to come and set up the equipment at my residence. I finally received the anticipated phone call this afternoon that I am scheduled to receive my CPAP therapy equipment on Monday January 27th at 5:00 PM. This would be the earliest possible date they could accommodate me. I contacted CTL to arrange make up examinations accordingly.

I am excited to receive my treatment soon, and I have been calling everyday to follow-up and doing everything possible to expedite the process.  Christmas, New Years, Martin Luther King Holiday, and Jan 3rd snow closure all further delayed the process in my case.

I appreciate your help, and I apologize again for any inconvenience this may have caused you and your staff.

Warmest regards,

████████

P.S. I have attached supporting medical documents to this email.

████████ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ████████████████

EXHIBIT 7

# RE: Meeting with Dr. Scott

## Thomas, AnnaKay

Mon 1/27/2014 9:33 AM

To ████████████████████████

Cc:Cameron, Doreen R. <camerodo@rowan.edu>;



Review your emails. As per my conversation with Dr. Scott, you are to schedule a meeting with him. You can contact him directly to do so or his admin Doreen Cameran at <u>camerodo@rowan.edu</u> .

You exams cannot be administered until this is done.

**Anna-kay Thomas, MA**
Program Development Specialist, Academic Affairs
Rowan University – School of Osteopathic Medicine
Center for Teaching and Learning
1 Medical Center Drive,  AC-Suite 210
Stratford, NJ 08084
<u>856.566.6076</u>.phone
<u>856.566.6341</u>.fax
<u>thomasa0@rowan.edu</u>

CONFIDENTIALITY NOTICE:  This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s).  If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately by e-mail and permanently delete all copies of this e-mail including all attachments without reading them.  If you are the intended recipient, secure the contents in a manner that conforms to all applicable State and/or Federal requirements related to privacy and confidentiality of such information.

**From:** ████████████████
**Sent:** Saturday, January 25, 2014 6:12 PM
**To:** Thomas, AnnaKay
**Subject:** Re: Meeting with Dr. Scott

Hope you're weekend is going well. Dr. Scott did not ask to meet with him when I wrote to him with updates. What would you recommend I should do?

Thanks,



███████████ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratford, NJ 08084
Web: ███████████████████

On Jan 24, 2014, at 1:23 PM, "Thomas, AnnaKay" <thomasa0@rowan.edu> wrote:

████ ,

Have you scheduled a meeting with Dr. Scott as yet?

**Anna-kay Thomas, MA**
Program Development Specialist, Academic Affairs
Rowan University – School of Osteopathic Medicine
Center for Teaching and Learning
1 Medical Center Drive,  AC-Suite 210
Stratford, NJ 08084
856.566.6076.phone
856.566.6341.fax
thomasa0@rowan.edu

CONFIDENTIALITY NOTICE:  This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s).  If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately by e-mail and permanently delete all copies of this e-mail including all attachments without reading them.  If you are the intended recipient, secure the contents in a manner that conforms to all applicable State and/or Federal requirements related to privacy and confidentiality of such information.

From: **Thomas, AnnaKay** thomasa0@rowan.edu
Subject: OMM Remed at on Exam Confirmat on
Date: January 27, 2014 at 5:43 PM
To: ███████████████████
Cc: Carde o, L sa M. carde o@rowan.edu, Langston, Latoya N co  angst n@rowan.edu, G acobbe, Jacque ne A.
   g acobja@rowan.edu, Kup ec, Kathryn L. kup eck @rowan.edu, Channe , M  cent K ng k ngm @rowan.edu



Good Evening ███ ,

Please note your approved schedule and accommodations below for the **OMM Remediation Exam**
is as follows:

**OMM Remediation Exam** –Thursday, 1/30/14 – 9:00am-11:30am - (2.5 hours) AC: 248 (CTL)

 *Note: All exams will be given in <u>paper format</u> .

Please plan to report to the designated room a few minutes before your noted exam start time.  If
you have questions about this arrangement, feel free to contact any member of the CTL Office.

*Anna-kay Thomas, MA*
Program Development Specialist, Academic Affairs
Rowan University – School of Osteopathic Medicine
Center for Teaching and Learning
1 Medical Center Drive,  AC-Suite 210
Stratford, NJ 08084
<u>856.566.6076</u>.phone
<u>856.566.6341</u>.fax
<u>thomasa0@rowan.edu</u>

CONFIDENTIALITY NOTICE:  This email communication may contain private, confidential, or legally privileged information intended for the
sole use of the designated and/or duly authorized recipient(s).  If you are not the intended recipient or have received this e-mail in error,
please notify the sender immediately by e-mail and permanently delete all copies of this e-mail including all attachments without reading
them.  If you are the intended recipient, secure the contents in a manner that conforms to all applicable State and/or Federal requirements
related to privacy and confidentiality of such information.

EXHIBIT 8

# Gastroenterology Make-Up Exam

### Thomas, AnnaKay

Tue 1/28/2014 12:12 PM

To ███████████████████

Cc:Kramer-Feeley, Veronika R. <kramervr@rowan.edu>; Giacobbe, Jacqueline A. <giacobja@rowan.edu>; Cardello, Lisa M. <cardello@rowan.edu>; Langston, Latoya Nicol <langstln@rowan.edu>; Chadd, Patrick Owen <chaddpo@rowan.edu>;

Good Afternoon ██████

Please note your approved schedule and accommodations below for **OMS II Gastroenterology Exam** details are below:

**Gastroenterology Exam** – <u>Monday February 3, 2014  at 8:00am</u>
Exam Duration – 5hours

The exams will be given via ExamSoft. Please bring with you your laptop and power source.

Please plan to report to the **AC-248** a few minutes before your noted exam start time.  If you have questions about this arrangement, feel free to contact any member of the CTL Office.

Thank You,


**Anna-kay Thomas, MA**
Program Development Specialist, Academic Affairs
Rowan University – School of Osteopathic Medicine
Center for Teaching and Learning
1 Medical Center Drive,  AC-Suite 210
Stratford, NJ 08084
<u>856.566.6076</u>.phone
<u>856.566.6341</u>.fax
<u>thomasa0@rowan.edu</u>

CONFIDENTIALITY NOTICE:  This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s).  If you are not the intended recipient or have received this e-mail in error, please notify the sender immediately by e-mail and permanently delete all copies of this e-mail including all attachments without reading them.  If you are the intended recipient, secure the contents in a manner that conforms to all applicable State and/or Federal requirements related to privacy and confidentiality of such information.

EXHIBIT 9

# Re: PASS Program - Request

## Jermyn, Richard

Fri 11/21/2014 7:23 AM

To ████████████████████████

Cc: Podolin-Whiting, Deborah P. <podolide@rowan.edu>;

████

The committee has mandated this course which made the course a condition for your graduation.

You exercised your right to appeal the decision to the dean.

The dean heard your appeal and had 3 options:
1.  He could have overturned the decision.
2.  He could agree with the committee
3. He could have sent you back to the committee for further review.

The dean agreed with the committee rendering this case closed.

I wish you good luck in your board preparation.

Sent from my iPhone

On Nov 20, 2014, at 7:20 AM, ████████████████████████ wrote:

Dear Dr. Richard Jermyn,

I looked at the PASS program closely, and I watched the sample lectures available on their website. I agree with the committee that I could benefit from this program for successful remediation. However due to a medical reason, I would not be able to relocate to Champagne, Illinois to complete the Jan 6th course referenced in the committee's recommendation. I suffer from chronic condition of obstructive sleep apnea (moderate, near severe) for which I receive nightly continuous positive airway pressure (CPAP) treatment. For successful therapy, I have learned over time that I need to run the machine on maximum humidity and high heat (86 F) to avoid nasal mucosal irritation and congestion. This requires me to keep my room at a cool temperature of 63 F through the individual AC unit in my bedroom. The room has to also be dark and quite between hours of 9:00 pm and 5:00 am, which are my structured sleep schedule that I should not deviate from. The need for a quite environment is because my sleep is lighter when I am connected to the CPAP equipment, and I could wake up with any small environmental noise. My current roommate and best friend is extremely accommodating of this medical condition, and my treatment has been successful as I have been able to get good nightly sleep with no issues. It would not be feasible for me to find the same level of accommodation in terms of a quite environment and a temperature controlled room in Champagne, IL for the short-term duration of the PASS program. Moreover, my DME provider is local only to New Jersey and they provide me with urgent repairs to my CPAP equipment if needed, which happened several times this year. If my sleep and treatment is compromised, my board preparation and study schedule will greatly suffer which is not a gamble I can afford at this point. More importantly, I will be at increased risk for hypertension, coronary artery disease, cardiac arrhythmia, heart failure, stroke, and insulin resistance if my treatment is compromised. My physician has documented these risks in the attached documents.

Case 1:17-cv-02778-RBK-KMW    Document 18-2    Filed 08/07/17    Page 27 of 37 PageID: 339

I have contacted the PASS program to inquire if they have any alternative courses close to my residence at Jersey City, NJ. They mentioned that the only other option would be the online version of the PASS program (http://www.pass-program.com/online-program/). This is essentially a recording of the live course with the identical curriculum as the live program in Champagne. The program includes all of the lectures, follow-up lecture assessments with video explanations from Dr. Francis, 2 full-length assessments, weekly drill sessions, and the 2014 course notebooks.

I would like to ask for SAP committee's approval to alternatively enroll in the online version of the PASS program. I know from Dr. Podolin that there is a meeting in December, but Dr. Boyd mentioned to me the possibility of bringing up an alternative board preparation  program to the SAP Committee to vote on electronically. Of course, I would be grateful if I could hear back from the SAP committee earlier if possible. Supporting medical documentation is attached to this email.

Warmest regards,

███████

<███ supporting_documents.pdf>

███████ MPH, CCRP
Medical Student

Rowan University School of Osteopathic Medicine
1 Medical Center Dr, Box 124
Stratf
Web: ████████████████████

EXHIBIT 10

# Re: PASS Program - Request


## Jermyn, Richard

Fri 11/21/2014 7:23 AM

To ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Cc: Podolin-Whiting, Deborah P. <podolide@rowan.edu>;


▮▮▮

The committee has mandated this course which made the course a condition for your graduation.

You exercised your right to appeal the decision to the dean.

The dean heard your appeal and had 3 options:
1.  He could have overturned the decision.
2.  He could agree with the committee
3. He could have sent you back to the committee for further review.

The dean agreed with the committee rendering this case closed.

I wish you good luck in your board preparation.

Sent from my iPhone

On Nov 20, 2014, at 7:20 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:

> Dear Dr. Richard Jermyn,
>
> I looked at the PASS program closely, and I watched the sample lectures available on their website. I agree with the committee that I could benefit from this program for successful remediation. However due to a medical reason, I would not be able to relocate to Champagne, Illinois to complete the Jan 6th course referenced in the committee's recommendation. I suffer from chronic condition of obstructive sleep apnea (moderate, near severe) for which I receive nightly continuous positive airway pressure (CPAP) treatment. For successful therapy, I have learned over time that I need to run the machine on maximum humidity and high heat (86 F) to avoid nasal mucosal irritation and congestion. This requires me to keep my room at a cool temperature of 63 F through the individual AC unit in my bedroom. The room has to also be dark and quite between hours of 9:00 pm and 5:00 am, which are my structured sleep schedule that I should not deviate from. The need for a quite environment is because my sleep is lighter when I am connected to the CPAP equipment, and I could wake up with any small environmental noise. My current roommate and best friend is extremely accommodating of this medical condition, and my treatment has been successful as I have been able to get good nightly sleep with no issues. It would not be feasible for me to find the same level of accommodation in terms of a quite environment and a temperature controlled room in Champagne, IL for the short-term duration of the PASS program. Moreover, my DME provider is local only to New Jersey and they provide me with urgent repairs to my CPAP equipment if needed, which happened several times this year. If my sleep and treatment is compromised, my board preparation and study schedule will greatly suffer which is not a gamble I can afford at this point. More importantly, I will be at increased risk for hypertension, coronary artery disease, cardiac arrhythmia, heart failure, stroke, and insulin resistance if my treatment is compromised. My physician has documented these risks in the attached documents.

EXHIBIT 11


# Penn Medicine

*Owned and Operated by Clinical Health Care Associates of New Jersey, PC*

**Penn Family Medicine Gibbsboro**

63 N. Lakeview Dr., Ste. 201
Gibbsboro, NJ 08026
856-783-1777
Fax: 856-783-8519

**Jeffrey Tokazewski, MD**
**Rosemarie Villamayor, MD**
**Risha Hertz, RN, APN-C**

December 1, 2014

<u>Letter of Medical Necessity</u>

███████████████

To Whom It May Concern:

████████ is an active patient in my practice.

He has the following medical conditions:

**Patient Active Problem List**
Diagnosis
· Sleep apnea

████████ has severe insomnia with moderate obstructive sleep apnea. For his current sleep apnea treatment, he has to run his CPAP unit at maximum humidity and high heat (86 F) to avoid nasal mucosal irritation and congestion. Subsequently, his bedroom must be kept at a low temperature (63 F) with complete darkness and silence between 9 PM and 5 AM.

His DME provider only services units in New Jersey. He has required urgent repairs to his CPAP device several times.

It is my understanding that ████████ has been asked to enroll in a 6 week PASS program in Champagne, IL.

Due to the above circumstances, I recommend that ████████ be permitted to enroll in the online version of PASS, as his sleep and general health would be greatly affected by relocation to Illinois, where a controlled sleep environment cannot be guaranteed.

If you have any further questions regarding this patient, please contact my office after obtaining written permission from my patient per HIPAA.

Sincerely,

Jeffrey Tokazewski, MD

Telephone: 1 (856) 783-1777 Fax 1 (856) 783-8519
*Clinical Health Care Associates of New Jersey, P.C.'s physicians are proud to be
affiliated with the medical staff of the University of Pennsylvania Health System*

Penn Chart

EXHIBIT 12

# RE: Request for Evaluation of Medical Documents - URGENT

### Garnier, Katharine

Mon 12/8/2014 7:10 PM

To ████████████████████████████

Student Doctor ████████████

   I have reviewed the documents, the letter from your personal physician and the copy of your original sleep study, that your were kind enough to provide. I also spoke with your CPAP machine provider, COPD services, and the pulmonologist you met with, Dr. Donald Auerbach.  Dr. Auerbach confirmed that you had an apnea index of 25 and that 15-30 is moderate sleep apnea for which CPAP therapy is recommended. I spoke with you earlier today and you relayed the measures you have had to go to to achieve a suitable environment to both initiate and maintain sleep. The environmental control of the room temperature, silence, and room darkening shades would be difficult of replicate in a dormitory or hotel room. While your CPAP provider does not routinely service Illinois, as a Medicare provider they would have local provider relationships that could service your CPAP machine if needed.  You and your physician both attest to lack of adequate sleep impacting your cognition and concentraion, which could negatively influence both your health and learning objectives. We reviewed the recommendation to participate in the PASS program in Champagne, Illinois and the advantages and differences between the residential program and the online program. While the residential program may provide an optimal learning environment in general, it does appear that it would be difficult, if not impossible, to provide you with your required controlled conditions.

   After consideration of all of the supporting documentation, and discussing with both you and your pulmonologist, your sleep apnea and the required climate controls pose a significant, likely insurmountable, barrier to being able to participate in the PASS program in Illinois without impairing your health. While I do not believe that sleep apnea is a recognized disability under the ADA act, the alternative of the online PASS program would be a reasonable accommodation for your particular circumstances.

   I have copied Dr. Lambert on this email.

Katharine M. Garnier, M.D.
Rowan Osteopathic School of Medicine
Medical Director
University Doctors
Family Medicine Stratford
856-566-7020 phone
856-566-6188 fax

Rowan Osteopathic School of Medicine
Director Student and Employee Health
856-566-6825 phone
856-566-6899 fax


"I shall pass this way but once; any good that I can do or any kindness I can show to any human being; let me do it now. Let me not defer nor neglect it, for I shall not pass this way again."
Etienne de Grellet (1773-1855);
Quaker Missionary
_____

From: ████████████████
Sent: Wednesday, December 03, 2014 4:48 PM
To: Garnier, Katharine
Subject: Request for Evaluation of Medical Documents - URGENT

EXHIBIT 13



**Rowan University**

School of Osteopathic Medicine

<u>**REGULAR MAIL and to**</u> ████████████

March 23, 2015



RE:   Requirements of the Student Academic Progress Committee

Student Doctor :

This correspondence is to confirm in writing the requirements of the Student Academic Progress Committee as a result of your appearance on March 17, 2015, which the Student Academic Progress Committee requires for your graduation.

1.   Remain off rotations until after you re-take COMLEX 1;
2.   Take an immersion Board review course only as recommended by the Center for Teaching and Learning (CTL);
3.   Meet with a test anxiety specialist to assist you with the academic/psychological issues;
4.   Remain in weekly contact with Ms. Cardello in CTL (856-566-6196) regarding your study progress.  Failure to do so would warrant a notice to the Student Academic Progress Committee that a student appearance is necessary; and
5.   Submit the Request to Make Up Clinical Weeks form for the additional rotation weeks you will miss while preparing for COMLEX.

The Committee is confident that with a structured learning program and diligent work you will be successful.

Sincerely,

*Richard Jermyn DO*

Richard Jermyn, D.O.
Chair, Student Academic Progress Committee
RJ:jjg/ Enclosure
c:   Jacqueline Giacobbe
     Lisa Cardello
     Martin O'Connor
     Regina Wilmes
     Linda Boyd, D.O.
     Kathryn C. Lambert, D.O., FAOASM
     Christine Willse

EXHIBIT 14

**REGULAR MAIL and to** 

April 27, 2015

RE:      Request for an extension to 5-year maximum time frame

You failed to appear at your scheduled time for the April 21, 2015 Student Academic Progress Committee meeting. In your absence, the Student Academic Progress Committee discussed your request for an extension to the 5-year maximum time frame in order to attend a Kaplan review course for 14 weeks rather than the 7-week course recommended by the Center for Teaching and Learning. The Committee voted by motion to deny your request and mandated that you stay enrolled in the 7-week course.

Please feel free to contact me if you are in need of clarification or wish to discuss this matter further.

Sincerely,



Richard Jermyn, D.O.
Chair, Student Affairs Committee

cc:      Jackie Giacobbe
         Kathryn C. Lambert, D.O.
         Regina Wilmes
         Lisa Cardello