CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants,
   Rowan University School of Osteopathic Medicine
   Rowan University

By:   Caroline Jones
      Deputy Attorney General
      (609) 633-8397
      caroline.jones@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| J.C.,<br><br>       Plaintiff,<br><br>v.<br><br>ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC MEDICINE, ROWAN UNIVERSITY,<br><br>       Defendants. | (**Electronically Filed**)<br><br>Motion Day: August 21, 2017<br><br>HON. ROBERT B. KUGLER, U.S.D.J.<br><br>Civil Action No. 1:17-cv-02778 (RBK)(KMW)<br><br><br>CERTIFICATION OF SERVICE |

**CERTIFICATION OF SERVICE**

I, Caroline Jones, Deputy Attorney General, hereby certify that on August 14, 2017, I electronically filed a Letter Reply to Plaintiff's Opposition to Motion to Dismiss, with the Clerk of Court using the CM/ECF System to the following participant:

      Clara R. Smit, Esq.
      100 Horizon Center Blvd.
      Hamilton, NJ 08691

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Caroline Jones
Caroline Jones (CJ4470)
Deputy Attorney General
Division of Law
R.J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
609-633-8397
Caroline.jones@law.njoag.gov

Date: July 14, 2017

2