## State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625 | GURBIR S. GREWAL<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Director* |

March 19, 2018

**Filed on Electronic Docket**
The Honorable Karen M. Williams, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets Room 1050
Camden, New Jersey 08101

      Re:  J.C. v. Rowan University School of
           Osteopathic Medicine, et al.
           Docket No.: 1:17-cv-02778 (RBK)(KMW)

Dear Judge Williams:

    My office represents the Defendants in the above-referenced matter. I write on behalf of both parties to report that the parties are interested in participating in a settlement conference. It is my understanding that Your Honor will schedule a phone conference to discuss the settlement conference. Please be advised I will be out of the office from March 28, 2018 through April 2, 2018, so my preference would be for a phone conference before or after those dates. Also, if the court has dates available in June that would be preferable due to scheduling issues in May. Thank you for the court's consideration.

           Respectfully submitted,

           GURBIR S. GREWAL
           ATTORNEY GENERAL OF NEW JERSEY

           By: /s Caroline Jones
           Caroline Jones
           Deputy Attorney General

cc: Counsel, via ECF

