UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                         **DATE OF PROCEEDING:** July 24, 2018

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** ECR


**TITLE OF CASE AND DOCKET NUMBER:**

J.C. v. ROWAN UNIVERSITY SCHOOL OF OSTEOPATHIC MEDICINE, et al.
1:17-cv-02778-RBK

**APPEARANCES:**

CLARA R. SMIT, ESQ. - FOR PLAINTIFF

DEPUTY ATTORNEY GENERAL CAROLINE JONES - FOR DEFENDANTS

TRACY WOLAK, ESQ. - FOR DEFENDANTS

**OTHER:**

J.C. - PLAINTIFF

**DISPOSITION:**

Telephone Status Conference held on the record.  Case reported settled.
60-day Order to be entered.


                                         DEPUTY CLERK: s/Nicole Ramos



TIME COMMENCED: 2:09      TIME ADJOURNED: 2:16      TOTAL TIME: 7 Minutes